| AO-10 Rev. 1/91 | FINANCIAL DISCLOSURE REPORT | Report Required by the Ethics Reform Act of 1989, Pub. L. No. 101-194, November 30, 1989 (5 U.S.C.A. App. 6, §§101-112) |

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| GONZALEZ, IRMA E. | U.S. District Court | 4/9/92 |

| 4. Title (Article III judges indicate active or senior status; Magistrate judges indicate full- or part-time) | 5. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge | X Nomination, Date 4/9/92 ___ Initial ___ Annual ___ Final | 1/1/91 – 4/8/92 |

7. Chambers or Office Address
        940 Front Street
        San Diego, California  92189

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on last page.*

## I. POSITIONS. (Reporting individual only; see pp. 7-8 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions) | |
| TRUSTEE | San Diego Museum of Man |

## II. AGREEMENTS. (Reporting individual only; see p. 8-9 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| ☒ NONE (No reportable agreements) | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 9-12 of Instructions.)

| DATE (Honoraria only) | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| ☐ NONE (No reportable non-investment income) | | |
| | State of California-Superior Court Judge-Salary | $ 124,121.00 |
| | County of San Diego—Judges' Executive Auto Allowance | $ 2,010.00 |
| | Compensation for University of San Diego- Adjunct Professor | $ 750.00 |
| 11/6/91 | Honoraria-Calif. Continuing Education of the Bar | $ 149.00 |
| | (S) Employee of Law Firm of McKenna & Cuneo - Salary | $ |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | IRMA E. GONZALEZ | 4/9/92 |

## IV. REIMBURSEMENTS and GIFTS -- transportation, lodging, food, entertainment.
(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate reportable reimbursements and gifts received by spouse and dependent children, respectively. See pp.13-15 of Instructions.)

| SOURCE | DESCRIPTION |
|---|---|
| NONE (No such reportable reimbursements or gifts) | |
| 1 EXEMPT | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |

## V. OTHER GIFTS. (Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate other gifts received by spouse and dependent children, respectively. See pp.15-16 of Instructions.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| NONE (No such reportable gifts) | | |
| 1 EXEMPT | | $ |
| 2 | | $ |
| 3 | | $ |
| 4 | | $ |

## VI. LIABILITIES. (Includes those of spouse and dependent children; indicate where applicable, person responsible for liability by using the parenthetical "(S)" for separate liability of spouse, "(J)" for joint liability of reporting individual and spouse, and "(DC)" for liability of a dependent child. See pp.16-18 of Instructions.)

| CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|
| NONE (No reportable liabilities) | | |
| 1 (S) Great Western Bank | 1st Trust Deed on Rental Property | M |
| P.O. Box 1900, Northridge, CA | (Asset No. 12 in Section VII) | |
| 2 First California Bank | 1st Trust Deed on 22 acres | |
| 550 West C St., San Diego, CA 92101 | (Asset No. 14 in Section VII) | M |
| | | |
| | • | |
| | | |

* VALUE CODES: J = $15,000 or less   K = $15,001 to $50,000   L = $50,001 to $100,000   M = $100,001 to $250,000
N = $250,001 to $500,000   O = $500,001 to $1,000,000   P = More than $1,000,000

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | IRMA E. GONZALEZ | 4/9/92 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions. (Includes those of spouse and dependent children; see pp. 18-27 of Instructions.)

| A. Description of Assets (including trust assets) Indicate, where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period EXEMPT | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1 Cabrillo Federal Credit Un. 880 Front St.,San Diego, CA. | A | Int. | J | T | | | | | |
| 2 IRA-Home Federal Savings 7th & Broadway, San Diego, CA | B | Int. | K | T | | | | | |
| 3 Mutual Fund-Dreyfus3dCentury P.O. Box 105,Newark, N.J. | A | Div. | J | T | | | | | |
| 4 IRA-Janus Venture Fund, Inc. PO Box 173372, Denver, CO. | A | Div. | J | T | | | | | |
| 5 BTMT Growth Fund 1665 Charleston Rd,MtnView,CA | B | Div. | K | T | | | | | |
| (DC) 6 Mutual Find-Dreyfus3dCentury PO Box 105, Newark, N.J. | A | Div. | K | T | | | | | |
| (S) 7 Financial Funds, Health 7800 E. Union Ave,Denver,CO. | A | Div. | K | T | | | | | |
| S) 8 Founders Special Fund PO Box 419638 Kansas City,MO | A | Div. | K | T | | | | | |
| S) 9 Founders Bluechip PO Box 419638 Kansas City,MO | A | Div. | K | T | | | | | |
| S) 10 T.Rowe Price New America Growth Fund 100 E. Pratt Street 1st Fl. Baltimore,MD 21202 | A | Div. | K | T | | | | | |
| S) 11 Safeco Growth Fund Safeco Plaza, Seattle, WA. | A | Div. | K | T | | | | | |
| S) 12 Rental Residence, 11418 Madera Rosa Wy,San Diego,CA | A | Rent | M | V | | | | | |
| S) 13 Petro-Tieg Energy Partners 4275 Exec.Sq., Suite 320 La Jolla, CA (Ltd. partner in oil drilling) | A | Div. | K | T | | | | | |
| S) 14 2nd Trust Deed on 22 acres of vacant land,Highland Rd. Poway, California | C | Int. | L | R | | | | | |
| S) 15 Mutual Fund – Dreyfus 3rd Century P.O. Box 105 Newark, New Jersey | A | Div. | J | T | | • | | | |

| 1 Income/Gain Codes: (See Col. B1 & D4) | A=$1,000 or less | B=$1,001 to $2,500 | C=$2,501 to 5,000 | D=$5,001 to $15,000 |
|---|---|---|---|---|
| | E=$15,001 to $50,000 | F=$50,001 to $100,000 | G=$100,001 to $1,000,000 | H=More than $1,000,000 |
| 2 Value Codes: (See Col. C1 & D3) | J=$15,000 or less | K=$15,001 to $50,000 | L=$50,001 to $100,000 | M=$100,001 to $250,000 |
| | N=$250,001 to $500,000 | O=$500,001 to $1,000,000 | P=More than $1,000,000 | |
| 3 Value Method Codes: (See Col. C2) | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
| | U=Book Value | V=Other | W=Estimated | |

Digitized by Google

**724**

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting<br>IRMA E. GONZALEZ | Date of Report<br>4/9/92 |
|---|---|---|

## VIII. ADDITIONAL INFORMATION or EXPLANATIONS. (Indicate part of Report.)

1) For Asset No. 12 (rental residence) value is approximately 135,000 based on comparable sales.

2) For Asset No. 14 (22 acres of vacant land) property was purchased in November 1985 for $225,000. The land was sold in August, 1989 for 250,000. Spouse took back a second trust deed and still owes on the 1st trust deed.

## IX. CERTIFICATION.

In compliance with the provisions of 28 U.S.C. § 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C.A. app. 7, § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _Irma E. Gonzales_       Date _April 10, 1992_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C.A. APP. 6, § 104, AND 18 U.S.C. § 1001.)

FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Judicial Ethics Committee
Administrative Office of the
United States Courts
Washington, DC 20544

Digitized by Google